United States District Court
District of Connecticut
FILED AT    NEW HAVEN

December 14, 2005
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JACQUELINE SIKORSKI

CRIMINAL NO. 3:05cr315 (MRK)

**VIOLATION:** 29 U.S.C. § 501(c)
[Embezzlement, Stealing, Unlawfully & Willfully Converting Union Assets]

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about February 27, 1999 through on or about February 28, 2002, in the District of Connecticut, **JACQUELINE SIKORSKI**, the defendant herein, while an officer of AFSCME Local 1522 ("the Union") within the meaning of 29 U.S.C. § 402(n), did unlawfully and willfully embezzle, steal and convert for her own use monies, funds, property and other assets of the Union, a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i) and (j). During the relevant time period, **SIKORSKI**, as Secretary/Treasurer of the Union, though not authorized to do so, issued a number of checks totaling in excess of $10,000 and less than $30,000 that she cashed and used for her own benefit.

All in violation of Title 29, United States Code, § 501(c).

                          UNITED STATES OF AMERICA

                          _____
                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY

                          _____
                          ANTHONY E. KAPLAN
                          SUPERVISORY ASSISTANT
                          UNITED STATES ATTORNEY

                          _____
                          CHRISTOPHER W. SCHMEISSER
                          ASSISTANT UNITED STATES ATTORNEY